## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISON

| | |
|---|---|
| HOLLY WALKER, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 4:20-cv-270 |
| | ) |
| I.Q. DATA INTERNATIONAL, INC. | ) |
| | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SETTLEMENT

COME NOW, Plaintiff Holly Walker, by and through the undersigned counsel, and gives notice to the court that a settlement has been reached between the Plaintiff and Defendant. The parties are in the process of finalizing their settlement of this matter.

1. The parties expect to file a voluntary dismissal with prejudice within the next 60 days as part of that settlement.

WHEREFORE the Plaintiff respectfully requests that the Court vacate all outstanding case deadlines and court dates as to Defendant and allow the parties 60 days in which to file a notice of dismissal, along with any other relief the Court deems just and proper.

Dated: April 20, 2020.

Respectfully Submitted,

**HALVORSEN KLOTE**

/s/ Samantha J. Orlowski
Samantha J. Orlowski, #72058
680 Craig Road, Suite 104
St. Louis, Missouri 63141
P: (314) 451-1314
F: (314) 787-4323
sam@hklawstl.com
Attorneys for Plaintiff